FREDERICK A. PAWLA, Respondent, v. TILYOU REALTY COMPANY, Appellant.— Order denying motion to dismiss the complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ., concur.

WILLIAM A. PRINGLE, Appellant, v. OGDEN W. RING, Individually and as Executor, etc., of FELIX MARCILE, Deceased, and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER MIKOL, an Infant, etc., Appellant.— Judgment of conviction of the Children's Court, Nassau county, affirmed. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORTON C. GRIFFIN, Respondent, v. CHARLES TUNICK, Appellant.— Order denying motion to vacate temporary injunction affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ., concur.

CAMILLE WEIDENFELD, Appellant, v. JOHN C. TOMLINSON and Another, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Respondent, under Section 91 of the Railroad Law,* etc. THE LONG ISLAND RAILROAD COMPANY, Appellant; TRANSIT COMMISSION OF THE STATE OF NEW YORK, Respondent.— Motion to add case to the June term calendar granted, and case placed at the foot of the calendar for June 10, 1925. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD PURTELL, etc., Appellant.— Motion to add case to the June calendar denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

MORRIS SLOTE, Respondent, v. ETT ROCKOVE, etc., Appellant.— Motion for a stay denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

ELIZABETH BOERJES, as Administratrix, etc., of EDWARD BOERJES, Deceased, Respondent, v. ESTATE OF HUGH KIERNAN, INC., Appellant.— Judgment and order reversed on the facts, and a new trial granted, costs to abide the event. In our opinion the verdict of the jury was contrary to the weight of the evidence. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

COLDWELL LAWN MOWER COMPANY, Respondent, v. PECK & MACK COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JOHN K. EVANS, Respondent, v. BERT D. SHORTER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THEOPHILUS A. FREY, Respondent, v. ONEONTA STORAGE BATTERY CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.